■ LEONARD W. COOPER, Respondent, v COOPER & CLEMENT, INC., Appellant. (Appeal No. 2.) [605 NYS2d 991] —Order and judgment unanimously affirmed without costs. Same Memorandum as in *Cooper v Cooper & Clement* (198 AD2d 812 [decided herewith]). (Appeal from Order and Judgment of Supreme Court, Onondaga County, Pooler, J.—Reargument.) Present—Pine, J. P., Lawton, Fallon, Doerr and Davis, JJ.